11/18/26
3:20pm

SAA/PCA/2025R00647

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED
NOV 18 2026
AT 8:30 M
CLERK, U.S. DISTRICT COURT - DNJ

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATALIE GREENE and<br>ANAMARIA MOE | Crim. No. 26-581<br><br>18 U.S.C. § 371<br>18 U.S.C. §§ 1038(a) and 2<br>18 U.S.C. § 1001<br><br>INDICTMENT |

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

COUNT ONE
(Conspiracy—GREENE and MOE)

1. At all times relevant to this Indictment:

a. Defendant NATALIE GREENE was a resident of Ocean City, New Jersey. GREENE was employed by Federal Official 1 in New Jersey.

b. Defendant ANAMARIA MOE was a resident of Ventnor, New Jersey.

c. Federal Official 1 was a federal official.

d. Individual 1 was a body modification and scarification artist with a studio located in Pennsylvania. Individual 1 had a public social media page that advertised the body modification and scarification services that Individual 1 offered at his studio.

e. The Federal Bureau of Investigation ("FBI") was a constituent agency of the United States Department of Justice in the executive branch, with the

authority to enforce criminal laws, including, among others, kidnapping, assaulting certain officers or employees of the United States, and certain offenses involving firearms, under Title 18 of the United States Code.

Defendants GREENE and MOE Prepare for the Hoax "Attack"

2. Beginning on or about June 3, 2025 and continuing until on or about July 23, 2025, defendant GREENE sent a series of online messages to Individual 1, a scarification artist located in Pennsylvania. In those messages, GREENE asked Individual 1 about the scarification process and whether Individual 1 could perform a scarification procedure on GREENE.

3. That same date, defendant GREENE sent a photo to Individual 1, showing a scarification design that GREENE was interested in, with slashes on the neck, face, and arm area. GREENE ultimately scheduled a scarification procedure with Individual 1 and continued to correspond with Individual 1 about the procedure in online messages.

4. On or about July 21, 2025, an internet search was performed on defendant MOE's cellphone for "zip ties near me."

5. On or about July 23, 2025, defendant GREENE drove to Individual 1's body modification/scarification studio in Pennsylvania. GREENE presented personal identification, submitted a legal waiver form for the scarification procedure, and hired Individual 1 to perform the scarification procedure in exchange for $500. Individual 1 performed the scarification procedure on GREENE.

6. That same day, July 23, 2025, defendant GREENE drove from Pennsylvania to Ventnor, New Jersey, where GREENE picked up defendant MOE.

GREENE and MOE eventually drove to the Egg Harbor Township Nature Reserve ("Nature Reserve").

7. On or about the evening of July 23, 2025, before GREENE and MOE went to the Nature Reserve, a member of the conspiracy wrote "Trump Whore" on GREENE's stomach in black ink and "[Federal Official 1] is Racist" on her back.

<u>The "Attack" Reported to Law Enforcement</u>

8. On July 23, 2025, at approximately 10:36 p.m., defendant MOE called 911 to report that she and defendant GREENE had been attacked by three unknown men at the Nature Reserve.

9. During the 911 call, defendant MOE stated that she had come to the Nature Reserve with defendant GREENE and "three guys just attacked us." MOE told the 911 operator that the men were "talking about politics," and MOE said that GREENE "works for [Federal Official 1]." According to MOE, the men "were like calling her like racist, calling her a whore." MOE told the 911 operator that the men "said they had a gun and they had a gun." MOE stated that one man was "holding me down" and "the other two were on her [GREENE]." During the 911 call, MOE reported that the men "said that if we don't be quiet they were going to shoot us." During the 911 call, MOE described herself as a friend of GREENE's.

10. Egg Harbor Township Police Officers responded to the Nature Reserve and met defendant MOE in the parking lot. MOE told the officers that she and GREENE had been attacked and threatened by unknown men.

11. Police officers searched the area and located GREENE. When the officers located GREENE, she was lying on the ground with her feet and hands bound together with zip ties.

12. When the officers located defendant GREENE, GREENE had lacerations on the right side of her body, including on her face, neck, upper chest and shoulder. The words "Trump Whore" were written on her stomach in black ink, and "[Federal Official 1] is Racist" was written on her back. GREENE was crying and yelling statements, including "he has a gun." There were zip ties on and around GREENE, which were similar to zip ties that were found in GREENE's Maserati that same night.

13. After the officers located defendant GREENE at the Nature Reserve, GREENE was transported to Hospital 1 to receive medical care and treatment for the "attack."

<u>Defendant GREENE's Statements to Law Enforcement in the Hours Following the Staged Attack</u>

14. On or about July 23, 2025 and continuing on or about July 24, 2025, defendant GREENE made statements to law enforcement officers, in substance and in part, that she was approached by three unknown men who attacked and restrained her. GREENE told officers that these men addressed GREENE by name and called her "a racist" and "a whore." GREENE stated that one of the men said that he had a gun, and he said that he would "kill" GREENE if she made any noise. GREENE said that one of the men held an object against GREENE and told

GREENE that it was a gun. GREENE also told the officers that one of the men cut into her body. GREENE also stated that one or more of the men wrote on her.

Interview of Defendant GREENE on or about July 25, 2025 Conducted by FBI Agents and Detectives

15. On or about July 25, 2025, defendant GREENE was interviewed by an FBI Special Agent, along with other law enforcement officers, in New Jersey. At the beginning of the interview, GREENE was informed that an FBI agent was present at the interview.

16. During the interview, with the FBI agent present, defendant GREENE stated, in substance and in part, that she and defendant MOE were walking on a trail in the Nature Reserve when they were approached by three unknown men. GREENE stated that two of the men had grabbed GREENE and pulled GREENE's shirt up over her head, and then restrained GREENE on the ground, pulling GREENE's arms behind her back and tying her wrists and ankles together with zip ties.

17. According to defendant GREENE, the men struck GREENE in the head, cut into her body, and "scrap[ed]" her. GREENE said that it hurt her so much that she was screaming.

18. Defendant GREENE said that one of the men said he had a gun and told GREENE not to move. She stated that another man held her head down on the ground. GREENE said that she was screaming for help, and one of the men told her to be quiet or he was going to shoot her. GREENE also said that one of the men pushed an object against her stomach, which GREENE believed to be a gun.

The Charge

19. From on or about July 21, 2025, to on or about July 25, 2025, in Atlantic County, in the District of New Jersey and elsewhere, the defendants,

NATALIE GREENE and
ANAMARIA MOE,

did knowingly and intentionally conspire and agree with each other to commit certain offenses, to wit: the conveying of false and misleading information, namely that men had threatened GREENE with a firearm, cut into her body, written on her, and bound her with zip ties, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken place that would constitute a violation of chapter 44, that is, use of a firearm in violation of Title 18, United States Code, Section 924(c) during and in relation to a crime of violence, that is, assaulting a person on account of the performance of official duties in violation of Title 18, United States Code, Section 111, contrary to Title 18, United States Code, Section 1038(a)(1).

Object of the Conspiracy

20. It was the object of the conspiracy to convey false and misleading information to law enforcement officers about a violent attack and assault with a firearm of a person who worked for Federal Official 1.

Manner and Means of the Conspiracy

21. It was a part of the conspiracy that defendants GREENE and MOE planned to falsely report to law enforcement that they had been attacked by unknown men, one of whom had a firearm, and that one or more of these men had

tied up GREENE, threatened her with a firearm, written on her body, and cut into her body, causing bodily injury.

22. It was further part of the conspiracy that defendant GREENE arranged to have numerous lacerations made on her body by paying a scarification artist to cut her face, neck, upper chest and shoulder.

23. It was further part of the conspiracy that a member of the conspiracy obtained zip ties to tie GREENE up.

24. It was further part of the conspiracy that defendant MOE falsely reported that three men with a gun assaulted GREENE.

25. It was a further part of the conspiracy that defendant GREENE made statements to an FBI agent to reinforce the false report that she and defendant MOE had been attacked in the Nature Reserve.

Overt Acts

26. In furtherance of this conspiracy and to effect its objects, the following overt acts were committed in the District of New Jersey and elsewhere:

a. On or about July 21, 2025, a member of the conspiracy, using defendant MOE's cellphone, searched online for "zip ties near me."

b. On or about July 23, 2025, defendant GREENE drove to Individual 1's studio in Pennsylvania, where she paid Individual 1 to cut various portions of her body, including her face, neck, upper chest and shoulder.

c. On or about July 23, 2025, defendant GREENE drove from Pennsylvania to Ventnor, New Jersey, where GREENE picked up defendant MOE,

and then GREENE and MOE eventually drove to the Egg Harbor Township Nature Reserve in Egg Harbor Township, New Jersey.

d. On or about the evening of July 23, 2025, before GREENE and MOE went to the Nature Reserve, a member of the conspiracy wrote "Trump Whore" on GREENE's stomach in black ink and "[Federal Official 1] is Racist" on her back.

e. On or about July 23, 2025, defendants MOE and GREENE possessed and transported zip ties to the Nature Reserve.

f. On or about July 23, 2025, defendant MOE called 911 and falsely reported that she and GREENE had been attacked by three men at gunpoint, and that the men had called GREENE by name, called GREENE a racist and a whore.

g. On or about July 23, 2025, defendant MOE falsely reported to the police officers responding to the Nature Reserve that she and GREENE had been attacked and threatened by unknown men.

h. On or about July 23, 2025, defendant GREENE falsely stated to law enforcement officers, among other things, that one of the men who attacked her said that he had a gun and threatened to shoot her, and one of the attackers held her down and restrained her movement, before cutting and writing on her body.

i. On or about July 25, 2025, defendant GREENE falsely stated to an FBI agent, among other things, that she had been physically attacked by unknown men and that one of the men had threatened to shoot her.

j. On or about July 25, 2025, following defendant GREENE's interview with the FBI, GREENE deleted online messages with Individual 1.

In violation of Title 18, United States Code, Section 371

COUNT TWO
(Hoax—GREENE)

27. The allegations contained in paragraphs 1 through 18 and 20 through 26 of Count One of this Indictment are hereby incorporated and realleged as if set forth fully herein.

28. On or about July 23, 2025, in Atlantic County, in the District of New Jersey and elsewhere, the defendant,

NATALIE GREENE,

did intentionally convey false and misleading information, and aided and abetted the conveyance of false and misleading information, namely that unknown men had threatened GREENE with a firearm, cut into her body, written on her, and bound her with zip ties, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken place that would constitute a violation of chapter 44, that is, use of a firearm in violation of Title 18, United States Code, Section 924(c) during and in relation to a crime of violence, that is, assaulting a person on account of the performance of official duties in violation of Title 18, United States Code, Section 111.

In violation of Title 18, United States Code, Sections 1038(a)(1) and 2.

COUNT THREE
(Hoax—MOE)

29. The allegations contained in paragraphs 1 through 18 and 20 through 26 of Count One of this Indictment are hereby incorporated and realleged as if set forth fully herein.

30. On or about July 23, 2025, in Atlantic County, in the District of New Jersey and elsewhere, the defendant,

ANAMARIA MOE,

did intentionally convey false and misleading information, and aided and abetted the conveyance of false and misleading information, namely that unknown men had threatened GREENE with a firearm, cut into her body, and assaulted her, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken place that would constitute a violation of chapter 44, that is use of a firearm in violation of Title 18, United States Code, Section 924(c) during and in relation to a crime of violence, that is, assaulting a person on account of the performance of official duties in violation of Title 18, United States Code, Section 111.

In violation of Title 18, United States Code, Sections 1038(a)(1) and 2.

## COUNT FOUR
(False Statements—GREENE)

31. The allegations contained in paragraphs 1 through 18 and 20 through 26 of Count One of this Indictment are hereby incorporated and realleged as if set forth fully herein.

32. On or about July 25, 2025, defendant GREENE was interviewed by a Special Agent of the FBI regarding her assault with a firearm and her restraint as a result of her employment with Federal Official 1. During the interview, GREENE made the following materially false statements to the Special Agent:

- that GREENE was attacked by three unknown men in the Nature Reserve, at least one of whom physically restrained GREENE;
- that at least one of these men threatened to shoot GREENE;
- that one or more of these men cut into GREENE's body;
- that one or more of these men had written on GREENE's body; and
- that one or more of these men struck GREENE in the head.

33. Defendant GREENE's statements and representations set forth in paragraph 32, above were false because, as GREENE then and there knew, GREENE was not attacked by three unknown men in the Nature Reserve; GREENE was not physically restrained by these men; these men did not threaten to shoot GREENE; these men did not cut into GREENE's body—rather, GREENE had paid a scarification artist to cut her body; these men did not write on GREENE; and these men did not strike GREENE in the head.

34. On or about July 25, 2025, in Atlantic County, in the District of New Jersey and elsewhere, the defendant,

NATALIE GREENE

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, namely a criminal investigation conducted by the FBI.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

FOREPERSON

ROBERT FRAZER
United States Attorney

PATRICK C. ASKIN
SARA A. ALIABADI
Assistant U.S. Attorneys

Approved:

R. DAVID WALK, Jr.
Deputy U.S. Attorney